THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGEL IP, | CASE NO. C17-1717-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SWISSPORT CARGO SERVICES, L.P., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order to substitute counsel for Defendant (Dkt. No. 8). The parties' stipulation and proposed substitution comply with Local Civil Rule 83.2, and the Court ORDERS as follows:

1. Scott M. Stickney and Jeff M. Sbaih, of Wilson Smith Cochran Dickerson are withdrawn as counsel for Defendant Swissport Cargo Services, L.P.

2. Michael P. Hooks and Michael S. Walsh of Bracepoint Law, P.S. are substituted as counsel for Defendant Swissport Cargo Services, L.P.

MINUTE ORDER
C17-1717-JCC
PAGE - 1

3. All further papers and pleadings, except for original service of process, should be made upon the substituting counsel of record at the following address: 2775 Harbor Ave SW, Suite D, Seattle, WA 98126.

DATED this 14th day of February 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk